## 24484. STANLEY v. THE STATE.

FRANKUM, Justice. Whereas the Supreme Court of the United States by judgment of that court entered on April 7, 1969, reversed the judgment of this court in *Stanley v. State,* 224 Ga. 259 (161 SE2d 309), wherein this court affirmed the judgment of the Superior Court of Fulton County convicting the defendant of the offense of the possession of obscene matter, the judgment of this court is vacated and the judgment of the trial court is reversed.

*Judgment reversed. All the Justices concur.*

DECIDED MAY 8, 1969.

*Wesley R. Asinof,* for appellant.

*Lewis R. Slaton, Solicitor General, J. Walter LeCraw, J. Robert Sparks,* for appellee.